Honorable Rodney Smith
United States District Judge
299 East Broward Boulevard
Chambers 202A
Fort Lauderdale, Florida 33301



FILED BY _____ D.C.

MAY 18 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

          Re: Christopher Chappell

Dear Judge Smith:

My name is Stephen Darby and Chris is my cousin. Thank you for taking the time to
read my letter and providing me an opportunity to explain what Chris means to
myself as well as my family. I understand he has pleaded guilty to a very serious
matter and want to express how profoundly unforeseen his behavior was for me to
learn of. Actions of this nature are out of character and something I would have never
expected from this person I've admired and loved my entire life. Nevertheless, I am
compelled to speak on his behalf given the things he has done to better my life since
I was very young.

We both grew up in families that were quite small. His brother passed away at a very
young age and my brother could not have been any more different than myself. Since
I was old enough to talk, Chris has basically been the brother I did not have. As I
grew up and faced life's challenges, Chris was there for me every step of the way.
When I needed advice, he would provide me with a perspective that no one else
could. From day one he has been the most honest, loyal and selfless cousin and
friend to me and my family.

There were so many times in life that I would stray and find myself doing things that
would have inevitably led me down the wrong path. Chris had a way of reeling me
back in and explaining the cost of my actions. I only trusted him. Without his
guidance I would never have the character that I do today and I'm certain my life
would have ended up much different without him in it.

With Chris, there is no grey area in life. He is a straight shooter and follows the rules.
Chris has always been morally good regardless of the circumstances. I believe he
found his success in law enforcement for just that reason. When my family told me of
this situation, I was just unable to believe it. I simply could not understand how this
person whose actions I have emulated my entire life could be in this situation. It is
still hard to process, however if there is any person on this earth that I would support
and defend based on their character and what I know of them to be true, it is Chris
Chappell.

When I was in my teenage years, I found myself drinking heavily and skipping school
regularly. I have always had an incredible support system and a family that would
help me every step of the way but this was something they could not assist me in
changing. As things got worse, Chris learned of my issues and stopped everything in
his life to come to my side. He counseled me through my addiction and showed me

why I was important and what I was doing was destructive. My cousin did not stop calling me, meeting with me and in a sense made it his only mission in life to get me back to where I needed to be. He eventually was successful and I finally listened. Anyone present during that rocky time in my life knew he was the only person that could have made me realize what consequences were coming and we all know that he saved me from something that inevitably would have destroyed any opportunity I had at college and overall success.

That is where this situation comes full circle for me. I have many flaws but Chris has very few. I've made a lot of mistakes in life but Chris has not. I've tried to mirror his character and emulate his behavior for decades and have used my cousin as a guide for living my own life. The lessons he taught me and difficulties he guided me through helped shape me into an incredible husband, father and proud member of society. I want to sincerely express how wonderful he is to everyone around him and how important it is to have him in my life.

To this day, I still lean on him and trust his guidance when life throws me a curveball. There are things Chris has taught me that my wife and I pass along to our children and I can't fathom losing the important time we spend together as well as the chance to have valuable conversations that have helped me since day one.

Chris is a wonderful, valuable person and that is what he means to me.  He's done so much more good than wrong with his life and I know he will continue to help others just as he has helped me.

Stephen Darby

109 Hitido Drive
Mount Pleasant, SC 29464

CHARLESTON SC  294

15 MAY 2023 PM 3  L

HONORABLE RODNEY SMITH
UNITED STATES DISTRICT JUDGE
299 EAST BROWARD BOULEVARD
CHAMBERS 202A
FORT LAUDERDALE, FLORIDA 33301

33301-190209